# CRIMINAL COMPLAINT

**United States District Court** — DISTRICT of ARIZONA

United States of America
v.
**Abraham Ayon-Reyna**
DOB: xx/xx/1983;
Mexican Citizen

FILED / RECEIVED / LODGED / COPY
AUG 31 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DOCKET NO.

MAGISTRATE'S CASE NO.
11-02433 M-

Complaint for violation of Title 18 United States Code § 111 (a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 30, 2011, at or near Pisinimo, in the District of Arizona, **Abraham Ayon-Reyna** intentionally and forcibly did assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent, Robert Kemppainen, an Officer of the United States while he was engaged in or on account of the the performance of his official duties, by kicking Agent Kemppainen. All in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Agent Kemppainen was on patrol and encountered the defendant. He attempted to detain the defendant for an immigration violation the defendant ran from the agent. The Agent, who was on horseback, gave chase. The Agent got in front of the defendant. The defendant got to his knees. Agent Kemppainen dismounted and approached the defendant. The defendant kicked Agent Kemppainen and fought with Agent Kemmppainen and other agents until he was subdued. Material witness Erasmo Aguilar-Lopez was with Defendant Abraham Ayon-Reyna in and witnessed the assault.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Erasmo Aguilar-Lopez

Recommend Detention    Jesse J. Figueroa  /s/

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)  /s/

OFFICIAL TITLE
Border Patrol Agent

JJF/df

SIGNATURE OF MAGISTRATE JUDGE  /s/

DATE
August 30, 2011

1) See Federal rules of Criminal Procedure Rules 3 and 54